**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD KEMP,

     Plaintiff,

  v.

ELI LILLY AND CO.,

     Defendant.

_____/

No. C 06-00988 CW

ORDER TEMPORARILY
STAYING ACTION

    IT IS HEREBY ORDERED that all further proceedings in this case
are STAYED pending a decision by the Judicial Panel on
Multidistrict Litigation regarding the transfer of this case for
consolidated pretrial proceedings.  All hearing and motion dates
are VACATED pending further order of this Court.

    **Plaintiff shall serve on all other parties a copy of this
Order.**

Dated: July 13, 2006



CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE